IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN OSCAR PHILLIPS,

    Petitioner,                      No. CIV S-07-2110 JAM DAD P

    vs.

ROBERT AYERS, JR., et al.,

    Respondents.             ORDER

_____/

        Petitioner is a state prisoner proceeding pro se with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has not paid the filing fee of $5.00 or filed an application to proceed in forma pauperis. See 28 U.S.C. §§ 1914(a); 1915(a). Petitioner will be provided the opportunity to either submit the appropriate affidavit in support of a request to proceed in forma pauperis or submit the filing fee.

        In addition, petitioner's habeas petition will be dismissed as incomplete. Petitioner has not answered each question in the form petition and has instead referred to pages attached to the form petition. Petitioner is advised that he must answer each question on the form, including the grounds raised in each of his state court proceedings, the grounds for relief presented in his federal habeas petition and the facts supporting his federal claims. Petitioner is

/////

1

also advised that his grounds for relief presented in this federal habeas action must be based on an alleged violation of the U.S. Constitution or federal law.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee;

2. Petitioner's habeas petition is dismissed;

3. Petitioner is granted thirty days from the date of this order to file an amended petition that complies with the requirements of the Federal Rules of Civil Procedure; the amended petition must bear the docket number assigned this case and must be labeled "Amended Petition;" petitioner shall use the form petition provided by the Clerk of the Court;

4. The Clerk of the Court is directed to send petitioner the application to proceed in forma pauperis by a state prisoner, and the form petition for a § 2254 action; and

5. Petitioner's failure to comply with this order will result in the dismissal of this action.

DATED: September 23, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
phil2110.9+

2